Submitted on record and briefs December 2, affirmed December 31, 1996

Judith A. WILLIAMS,
*Appellant,*

*v.*

Elaine Nelson RIGHETTI,
and Robert Righetti, individuals,
and Hydes' Sporthaven Resort, Inc.,
an Oregon corporation,
dba Sporthaven Inn Restaurant and Lounge,
*Respondents.*

(95 CV 0448; CA A92156)

930 P2d 874

Jon C. Correll filed the brief for appellant.

John R. Huttl and Frohnmayer, Deatherage, Pratt, Jamieson & Clarke, P.C., filed the brief for respondents.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *Ellis v. Fallert et al*, 209 Or 406, 307 P2d 283 (1957).